IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC CHARLES SWAN and ELIZABETH ARDELLE GRACE RONSHAUGEN,<br><br>Defendants. | CR 21–117–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Issuance of a Preliminary Order of Forfeiture. (Doc. 48.) The operative indictment in this case contains a forfeiture allegation pursuant to 21 U.S.C. § 853(a)(1) and (2). (Doc. 5.) On March 30, 2022, Defendant Eric Charles Swan was adjudged guilty as charged in Count II of the Indictment. (Doc. 46.) On April 8, 2022, Defendant Elizabeth Ardelle Grace Ronshaugen was adjudged guilty as charged in Count II of the Indictment. (Doc. 47.) These convictions provide a factual basis and cause to issue a forfeiture order, pursuant to 21 U.S.C. § 853(a)(1) and (2).

Accordingly, IT IS ORDERED that the motion (Doc. 48) is GRANTED.

IT IS FURTHER ORDERED that Mr. Swan's and Ms. Ronshuagen's

1

interest in the following property is forfeited to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2):

- $9,775.00 in United States currency.

IT IS FURTHER ORDERED that the United States is authorized and ordered to seize the property described above.  This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of to 21 U.S.C. § 853(n)(1).  The property is to be held by the United States in its secure custody and control.

IT IS FURTHER ORDERED that, pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish at least once for three successive weeks in a suitable means of general circulation notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief

sought. The United States may also, to the extent practical, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 4th day of May, 2022.

_____
Dana L. Christensen, District Judge
United States District Court